IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DAVID A. SCHORSCH, | ) | CASE NO. 98-30132(ASD) |
|     Debtor. | ) | CHAPTER 7 |
| ------------------------------ | ) | ------------------------------ |
| RICHARD BELFORD, AS CHAPTER | ) | ADVERSARY PROCEEDING |
| 7 TRUSTEE, | ) |  NO. 00-3007(ASD) |
|     Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| WILLIAM MICHAELIS, JR., | ) | |
| EILEEN MICHAELIS, FALCON | ) | |
| CAPITAL FUNDING CORP., LISEI | ) | |
| CONSULTING CORP., INC., | ) | |
| CASTAWAYS YACHT CLUB, INC., | ) | |
| PROGRESSIVE ENTERPRISES, | ) | |
| INC., 358-360 WEST PUTNAM | ) | |
| CORP., HITCHCOCK HOUSE | ) | |
| ANTIQUES INCORPORATED, DAVID | ) | |
| A. SCHORSCH AMERICAN | ) | |
| ANTIQUES, INC., AND | ) | |
| ANTIQUARIAN EQUTIES, INC., | ) | |
|     Defendants | ) | |

## DEMAND FOR JURY TRIAL

Pursuant to Fed.R.Civ.P. 38(b), Fed. R. Bankr. P. 9015(a) and Local Rule Bankr. P. 9015-1, the Defendants herein

#6

demand a trial by jury on all issues so triable.

                              THE DEFENDANTS
WILLIAM MICHAELIS, JR., EILEEN MICHAELIS, FALCON CAPITAL FUNDING CORP., LISEI CONSULTING CORP., INC., CASTAWAYS YACHT CLUB, INC., PROGRESSIVE ENTERPRISES, INC., 358-360 WEST PUTNAM CORP., HITCHCOCK HOUSE ANTIQUES INCORPORATED, DAVID A. SCHORSCH AMERICAN ANTIQUES, INC., AND ANTIQUARIAN EQUTIES, INC. BY THEIR ATTORNEYS CUMMINGS & LOCKWOOD

By _____
JOHN F. CARBERRY (CT02881)
FOUR STAMFORD PLAZA
P.O. BOX 120
STAMFORD, CT 06904
(203) 327-1700

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by first class mail, postage prepaid, on this 23rd day of February, 1999, to

    Theodore E. Tsekerides, Esq.
    Weil, Gotshal & Manges, LLP
    767 Fifth Avenue
    New York, NY  10153

                          _____
                          John F. Carberry

.StmLib1:747383.1 02/23/00